UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------
BREVET HOLDINGS, LLC, *et al.*,

                Plaintiff,

           -against-

ENASCOR, LLC, *et ano.*,

                Defendant.
---------------------------------------------

21cv516

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        On January 28, 2021, Plaintiffs emailed Chambers' inbox with a letter and accompanying attachments. Plaintiffs are directed to file the email, letter, and attachments on the docket. To the extent Plaintiffs wish to file any portion of these documents under seal, Plaintiffs are directed to follow this Court's Individual Rules and Practices.

Dated: February 1, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.