**ReedSmith**
Driving progress through partnership

**Louis M. Solomon**
Direct Phone: +1 212 549 0400
Email: lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 3, 2021

**VIA ECF**

Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan U.S. Court House
500 Pearl Street
New York, New York 10007

**Re:  Brevet Holdings, LLC et al v. Enascor, LLC et al**, Civil Action No. 1:21-cv-00516-WHP

Dear Judge Pauley:

We write as counsel to Plaintiffs ("Brevet") in the above-captioned matter. Pursuant to this Court's Individual Rules and Practices, Section V, we respectfully request permission to e-file under seal Exhibits A-D and Exhibit M to the Solomon Letter (ECF Doc. No. 12). Exhibits A-D are the exhibits to the complaint filed in the originating state action, No. 657280/2020 ("State Action"), and Exhibit M is the amended complaint and its exhibits, subsequently filed in the State Action. All five exhibits include quoted language that is sensitive and proprietary business information of Brevet and that Brevet uses with prospective investors and borrowers. Indeed, each time Brevet employees transmit the commercially sensitive information contained in Exhibits A-D and M to prospective investors and borrowers from their Brevet e-mail addresses, those communications carry with them a "confidentiality" designation that provides, in substance, that the communications are intended only for the recipient(s) listed; that their contents are confidential; and that it is strictly prohibited to use or copy the communications. If these documents are required to be e-filed publicly, it will undoubtedly cause significant harm to Brevet's business and to Brevet's investors and borrowers. Accordingly, Brevet respectfully requests leave to file Exhibits A-D and M under seal. *See Personalized Media Communs., LLC v. Netflix, Inc.*, 2020 U.S. Dist. LEXIS 218085, at *6-7 (S.D.N.Y. Nov. 19, 2020) (granting motion to seal where the risk of competitive harm outweighed the public's interest in accessing the information).

In accordance with the ECF Rules, Rule 6.5, Brevet has attached Exhibits A-D and M for this Court's review and approval. With regard to Exhibit M, Brevet has highlighted the specific portions that Brevet seeks to redact and keep under seal.

Honorable William H. Pauley III
February 3, 2021
Page 2



Respectfully,

Louis M. Solomon

Encls.

cc (w/ encls):  All Counsel of Record