UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

BREVET HOLDINGS, LLC et al,

               Plaintiffs,

               -against-

ENASCOR, LLC et ano,

               Defendants.

------------------------------------

21cv516

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

       For the reasons stated on the record at oral argument on February 19, 2021, Brevet's motion to dismiss its federal Lanham Act claims with prejudice is granted. Brevet's motion to remand this action is granted and this case is remanded to the Supreme Court of the State of New York, New York County. The Clerk is directed to terminate the motion pending at ECF number 19 and to mark this case as closed.

Dated: February 19, 2021
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.